# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PEDRO LUIS PAGAN,<br>    Plaintiff(s)<br><br>    v.<br><br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security<br>Administration,<br>    Defendant(s) | CIVIL ACTION NO. 3:13-cv-30027-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff Pedro Luis Pagan, against the defendant Carolyn W. Colvin, Acting Commissioner of Social Security Administration, pursuant to the court's memorandum and order entered this date, granting plaintiff's motion for order reversing commissioner's decision insofar as this case is remanded for further proceedings consistent with this decision.

                                      **ROBERT M. FARRELL**,
                                      CLERK OF COURT

Dated:  March 26, 2014              By  /s/ *Maurice G. Lindsay*
                                                                Maurice G. Lindsay
                                                                Deputy Clerk

(Civil Judgment (SSA- Routine 3) for Plaintiff.wpd - 11/98)                                               [jgm.]